IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PAUL JASON FORTENBERRY**                                                                           **PLAINTIFF**

v.                              Case No. 4:22-cv-01077-KGB

**SUSAN POTTS**, *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Paul Jason Fortenberry's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 3rd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge